UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:21-cr-49-MMH-PDB
     18 U.S.C. § 242

STEPHEN GREENAWAY

### INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

On or about March 13, 2020, in Jacksonville, Florida, in the Middle District of Florida, the defendant,

STEPHEN GREENAWAY,

while acting under color of law as a Correctional Officer at the John E. Goode Pre-Trial Detention Facility, willfully deprived R.N. of the right secured and protected by the Constitution and laws of the United States to be free from the use of unreasonable force by a law enforcement officer, by striking R.N. without legal justification.

In violation of 18 U.S.C. § 242.

          KARIN HOPPMANN
          Acting United States Attorney

By:   */s/ Ashley Washington*
      Ashley Washington
      Assistant United States Attorney

By:   */s/ Kelly S. Karase for:*
      Frank Talbot
      Assistant United States Attorney
      Chief, Jacksonville Division